Peter A. Leeming, SBN 119124
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone (831) 425-8000

Attorney for: Defendant HAN XIAN PING CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HAN XIAN PING CHANG,<br><br>　　　　Defendant | ) No. CR 05-00714<br>)<br>) [Replaces former filing<br>) No. CR 3-04-30403 EDL]<br>)<br>) [~~PROPOSED~~] **ORDER RETURNING**<br>) **PASSPORT AND EXONERATING BOND;**<br>) **DECLARATION OF COUNSEL IN**<br>) **SUPPORT THEROF**<br>)<br>)<br>) |

　　　I, Peter A. Leeming, declare as follows:

　　　1.　I am the attorney of record for the accused in the above matter.

　　　2.　The above case was resolved by plea and summary sentence on November 10, 2005.  Ms. Chang was sentenced to one year of probation and granted permission to return to China, her native country, for medical treatment.

　　　3.　This matter supersedes No. CR 03-04030403, which charged the same conduct as a felony.  Ms. Chang's release

conditions required her to post a $50,000.00 bond and surrender her passport.  A copy of the pretrial release reporting requirements are attached hereto.

    4.   Ms. Chang has fulfilled all conditions of her release and has been sentenced.  She therefore respectfully requests that the Court (1) exonerate the bond posted to secure her appearance, and (2) order that her passport be returned in order that she may travel.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 14, 2005, at Santa Cruz, CA.

By:_____
    PETER A. LEEMING, attorney
    for Han Xian Ping Chang

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00714 |
| ) | |
| Plaintiff, ) | [Formerly CR 03-04-30403 EDL] |
| ) | |
| vs. ) | [PROPOSED] **ORDER EXONERATING** |
| ) | **BOND AND RELEASING PASSPORT** |
| ) | |
| HAN XIAN PING CHANG, ) | |
| ) | |
| ) | |
| Defendant ) | |

**ORDER**

For the reasons stated in the attached declaration of Counsel, the Court orders that

(1) The property bond posted in the above matter is exonerated, and

(2) The defendant's passport may be returned to her.

IT IS SO ORDERED.

Dated: November 17, 2005



_____
U. S. Magistrate Judge